UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHAO XIANG YAO, | |
| Petitioner, | |
| | CIVIL ACTION NO. |
| VS. | |
| | 3:08-CV-0975-G (AH) |
| WARDEN, ROLLING PLAINS DETENTION CENTER, HASKELL, TEXAS, ET AL., | ECF |
| Respondents. | |

## ORDER

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

October 8, 2008.

A. JOE FISH
**Senior United States District Judge**